UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

September 18, 2001

MEMORANDUM TO COUNSEL RE:   Doe v. Reliance Standard Life Ins. Co.
Civ. No. AMD 01-2382

    Now that the defendant has answered the complaint and stated it has no objection to permitting plaintiff to proceed under a pseudonym, I must determine whether to permit the case to proceed in that fashion. I do not believe the memorandum previously filed is sufficient for me to make that determination. As counsel are aware, there is a strong presumption against the requested relief.

    To enable me to determine the motion, plaintiff should submit directly to chambers a supplemental memorandum setting forth with particularity the circumstances surrounding this case, including a detailed explanation as to why the plaintiff should be permitted to proceed under a pseudonym. I am especially concerned that a part of the motivation for the motion has to do with a desire by plaintiff to prevent her patients (and other physicians?) from learning of her disability or its extent. *Obviously, the public interest here may actually militate more strongly in favor of disclosure.* Thus, I am particularly interested in understanding why I should help the plaintiff avoid such a disclosure, the exact nature of the harm disclosure would entail, whether any affirmative misstatements have been made in order to maintain secrecy and any other or similar information that will permit me to make an informed decision on the motion. Please let have the supplemental memorandum on or before October 5, 2001.

    Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file