IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANE DOE | * | |
| | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | * | AMD 01 CV 2382 |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered plaintiff Jane Doe's Ex-Parte Petition Requesting Permission to Proceed Under a Fictitious Name, it is hereby **Ordered**:

1. That plaintiff shall be allowed to prosecute her action under a fictitious name;

2. That all papers filed with the Court in said action shall use plaintiff's pseudonym, and;

███████████████████████████

_____
Judge

109164 v. (08608.00002)