**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. AMD 01 CV2382 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | : | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1(b) of this Court, Gertrude Bartel, a member of the Bar of this Court, moves the admission of Joshua Bachrach, Esquire to appear *pro hac vice* in the captioned proceeding as counsel for Defendant Reliance Standard Life Insurance Company.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bars of the States of Pennsylvania and New Jersey, and the following United States Courts: the United States District Courts for the Eastern District of Pennsylvania, the District of New Jersey, the Western District of Michigan, the Southern District of New York, the Eastern District of New York, the District of Colorado, the District of Arizona, the District of North Dakota and the United States Courts of Appeal for the Second, Third, Fourth, Fifth, Sixth, Eighth, Tenth and Eleventh Circuits.

2. During the twelve months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in this Court in <u>Bonnie Helfrich vs. Reliance Standard Life Insurance Company</u>, No. AW-01-CV-1011.

3. The proposed admitted had never been disbarred, suspended, or denied admission to practice.

0514176.01



4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee and this proceeding will be the undersigned.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Signature - Gertrude C. Bartel | Signature - Joshua Bachrach |
| | |
| KRAMON & GRAHAM, P.A. | RAWLE & HENDERSON LLP |
| One South Street, Suite 2600 | The Widener Building |
| Baltimore, Maryland 21202-3201 | One South Penn Square |
| | Philadelphia, PA 19107 |
| | |
| 410-752-6030 | 215-575-4261 |
| Office Phone Number | Office Phone Number |
| | |
| 410-539-1269 | 215-563-2583 |
| Fax Number | Fax Number |
| | |
| 00052 | |
| Md. U.S. District Court Number | |

0514176.01

2

## ORDER

Motion _____ **GRANTED**

Motion ____✓____ **GRANTED subject to payment of $50.00 filing fee to Clerk of Court.**

Motion _____ **DENIED**

2/7/2002  
_____  
Dated

_Andre M. Davis_  
_____  
Judge, U.S. District Court

0514176.01